[No. 11065.   Department Two.   September 9, 1913.]

THE STATE OF WASHINGTON, *on the Relation of Oregon-Washington Railroad & Navigation Company, Appellant,* v. CHARLES W. CLAUSEN *et al., Respondents.*[2]

Appeal from a judgment of the superior court for Thurston county, Mitchell, J., entered December 7, 1912, dismissing a proceeding to review an order of the state board of equalization in fixing the value of relator's properties for the purpose of taxation. Affirmed.

*A. C. Spencer, Bogle, Graves, Merritt & Bogle* and *C. E. Cochran,* for appellant.

*The Attorney General,* for respondents.

PER CURIAM.—The decision in this case is controlled by the recent case of *State ex rel. Spokane & Inland Empire R. Co. v. State Board*

[1] Reported in 134 Pac. 1199.

[2] Reported in 134 Pac. 1080.

*of Equalization, ante* p. 90, 134 Pac. 695. The only difference be-
tween that case and this is, that there the action was brought
against the state board of equalization alone, while here, both the
state board of equalization and the state board of tax commissioners
are made parties respondent. But the fact that the state board
of tax commissioners is added as a party respondent does not make
inapplicable the rule announced in the *State ex rel. Spokane & Inland
Empire R. Co.* case.

The judgment will be affirmed.